927 A.2d 1247

JOSEPH D. MCLEAN, DREW D. VAGTS, RICHARD HESS, JR., AND MARCO INDRI, PLAINTIFFS–APPELLANTS, v. NORTH HUDSON REGIONAL FIRE & RESCUE SERVICE, ET AL., DEFENDANTS–RESPONDENTS.

March 8, 2006.

## ORDER

This matter having been duly considered, and the Court having determined that certification was improvidently granted;

IT IS ORDERED that the within appeal be and hereby is dismissed.